Körber & Cía., Inc., Demandante y Apelada, *v.* Colón et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre cobro de pagaré (traslado del caso).

No. 2733.—Resuelto, en junio 9, 1922, por los fundamentos del caso No. 2732, *Körber & Cía., Inc., v. Colón et al.,* de junio 9, 1922.

Abogados del apelante: *Sres. González Fagundo y González Jr.*

Abogado del apelado: *Sr. H. G. Molina.*

*Confirmada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.

El Juez Asociado Sr. Wolf disintió.